## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kathleen Ann  Maruska                                   CHAPTER 13
                          Debtor(s)

                                                              BKY. NO. 21-10461 TPA


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of FLAGSTAR BANK and index same on the master mailing list.



    Respectfully submitted,


 /s/ **Brian C. Nicholas**
    Brian Nicholas
    27 Aug 2021, 12:02:12, EDT
    Brian C. Nicholas, Esq. (317240) ☑
    Maria D. Miksich, Esq. (319383) ☐
    Rebecca A. Solarz, Esq. (315936) ☐
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    bkgroup@kmllawgroup.com