Certificate Number: 02998-PAW-DE-035980612

Bankruptcy Case Number: 21-10461



02998-PAW-DE-035980612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2021, at 1:44 o'clock AM EDT, Kathleen Ann Maruska completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 10, 2021          By:   /s/Angela Zinnerman

Name: Angela Zinnerman

Title:   Counselor