## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10461-TPA |
| | : | |
| Kathleen Ann Maruska, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

NONE

**Next Payment Advice Expected (post-filing):**

NONE

K.V.

MARUSKA, KATHLEEN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10461-TPA |
| | : | |
| Kathleen Ann Maruska, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Kathleen Ann Maruska, | : | |
| Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Kathleen Ann Maruska, hereby state as follows:

1.) I am retired; therefore, I am unable to provide the prior (6) six-months' pay advices.
2.) I receive social security benefits in the amount of $1,250.00 per month.
3.) I also receive a pension in the amount of $3,470.50 per month.
4.) I was required to file 2019 – 2020 tax returns; therefore, I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date:  September 13, 2021                    /s/ Kathleen Ann Maruska
                                              Debtor