# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 21-10461-TPA |
| | : | |
| Kathleen Ann Maruska, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Kathleen Ann Maruska, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Movant(s) Incorrect Address:
10974 Cutter Road
Meadville, PA 16335

Movant(s) Correct Address:
514 Shadow Oaks Drive
Meadville PA 16335

Respectfully Submitted,

Date: October 13, 2021

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor