**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 21-10461-JCM |
| | : | |
| Kathleen Ann Maruska, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Kathleen Ann Maruska, | : | Docket No.:35 |
| Movant | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Movant(s) Incorrect Address:
514 Shadow Oaks Drive
Meadville, PA 16335-1162

Movant(s) Correct Address:
3425 Auburn Street
Erie, PA 16508

                                              Respectfully Submitted,

Date: August 29, 2023                /s/ Daniel P. Foster, Esquire
                                              Daniel P. Foster, Esquire
                                              PA I.D. #92376
                                              FOSTER LAW OFFICES, LLC
                                              1210 Park Avenue
                                              Meadville, PA 16335
                                              Tel: 814.724.1165
                                              Fax: 814.724.1158
                                              Dan@MrDebtBuster.com
                                              Attorney for Debtor