Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kathleen Ann Maruska**<br>*Debtor(s)* | : | Case No. 21−10461−JCM<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : | Related to Document No. 43<br><br>Hearing Date: 12/1/26 at 02:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

***AND NOW,*** this ***The 28th of September, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 43 , by the Chapter 13 Trustee

It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

(1) ***On or before November 12, 2026***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***December 1, 2026 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-10461-JCM

Kathleen Ann Maruska Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3

Date Rcvd: Sep 28, 2026 Form ID: 300b Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Ann Maruska, 3425 Auburn Street, Erie, PA 16508-2217 |
| 15424570 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15404102 | | Mercer County State Bank, 3279 South Main Street, Sandy Lake, PA 16145 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:26 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2026 02:32:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:31:59 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15404086 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 29 2026 02:22:00 | Apple Card/GS Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15404087 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 29 2026 02:22:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15404088 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2026 02:22:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15404089 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 29 2026 02:32:20 | Best Egg, P.O. Box 42912, Philadelphia, PA 19101-2912 |
| 15404090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2026 02:32:22 | Capital One/Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15404091 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2026 02:32:10 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15404092 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2026 02:32:10 | Citibank/Sears, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15404093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2026 02:32:09 | Citibank/The Home Depot, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15404094 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2026 02:22:00 | Comenity Bank/Bonton, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15404095 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2026 02:22:00 | Comenity Bank/Fashionbug, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15410109 | | Email/Text: USbankruptcies@eriecountypa.gov | Sep 29 2026 02:22:00 | Erie County Tax Claim Bureau, 140 West 6th |

| | | | | |
|---|---|---|---|---|
| | | | | Street, Suite 110, Erie, PA 16501 |
| 15404096 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 29 2026 02:23:00 | Fifth Third Bank N.A., 5050 Kingsley Drive, Cincinnati, OH 45263-0001 |
| 15404097 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 29 2026 02:22:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15404098 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2026 02:22:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15404099 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2026 02:22:00 | Internal Revenue Service, 310 Lowell Street, Stop 360, Andover, MA 01810 |
| 15404100 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2026 02:31:56 | JP Morgan Chase Bank Auto, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 15404101 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2026 02:31:56 | JP Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15410412 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 29 2026 02:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15429834 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16472008 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2026 02:22:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15408859 | + | Email/PDF: cbp@omf.com | Sep 29 2026 02:31:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15404103 | + | Email/PDF: cbp@omf.com | Sep 29 2026 02:31:53 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15404105 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2026 02:22:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15404106 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2026 02:22:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15404104 | + | Email/PDF: ebnotices@pnmac.com | Sep 29 2026 02:32:40 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15410581 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:26 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15404560 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2026 02:32:29 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15404107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:32:34 | Synchrony Bank / JC Penneys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15404108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:31:56 | Synchrony Bank/Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15404109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:32:35 | Synchrony Bank/Paypal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15404110 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:32:21 | Synchrony Bank/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK |
| cr | | Nationstar Mortgage LLC |

| | | |
|---|---|---|
| 15410048 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15425509 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Kathleen Ann Maruska dan@mrdebtbuster.com katie@mrdebtbuster.com;caitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor FLAGSTAR BANK bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4