**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KATHLEEN ANN MARUSKA

Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Respondents.

Case No.:21-10461

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/19/2021 and confirmed on 10/15/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 138,290.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 138,290.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,500.00 | |
| Trustee Fee | 7,076.41 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,576.41 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC(*) Acct: 3788 | 0.00 | 29,122.62 | 0.00 | 29,122.62 |
| ONE MAIN FINANCIAL GROUP LLC(*) Acct: 7526 | 22,900.00 | 22,900.00 | 1,788.17 | 24,688.17 |
| | | | | 53,810.79 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KATHLEEN ANN MARUSKA Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FOSTER LAW OFFICES** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** Acct: | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* Acct: 6009 | 56,534.09 | 56,534.09 | 0.00 | 56,534.09 |
| | | | | 56,534.09 |
| Unsecured | | | | |
| LVNV FUNDING LLC Acct: 6684 | 18,146.70 | 7,443.41 | 0.00 | 7,443.41 |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ Acct: 5207 | 10,310.04 | 4,228.97 | 0.00 | 4,228.97 |
| MERCER COUNTY STATE BANK Acct: 0421 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOURCE Acct: 4169 | 12,958.94 | 5,315.50 | 0.00 | 5,315.50 |
| ONE MAIN FINANCIAL GROUP LLC(*) Acct: 7526 | 2,254.38 | 924.70 | 0.00 | 924.70 |
| INTERNAL REVENUE SERVICE* Acct: 6009 | 1,112.02 | 456.13 | 0.00 | 456.13 |
| SYNCHRONY BANK** Acct: 4169 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |
| | | | | | 18,368.71 |
| TOTAL PAID TO CREDITORS | | | | | 128,713.59 |

TOTAL CLAIMED

| | |
|---|---|
| PRIORITY | 56,534.09 |
| SECURED | 22,900.00 |
| UNSECURED | 44,782.08 |

Date: 09/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KATHLEEN ANN MARUSKA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-10461<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-10461-JCM
Kathleen Ann Maruska Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto 
Date Rcvd: Sep 28, 2026 Form ID: pdf900 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Ann Maruska, 3425 Auburn Street, Erie, PA 16508-2217 |
| 15424570 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15404102 | | Mercer County State Bank, 3279 South Main Street, Sandy Lake, PA 16145 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:38 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2026 02:31:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:32:24 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15404086 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 29 2026 02:22:00 | Apple Card/GS Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15404087 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 29 2026 02:22:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15404088 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2026 02:22:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15404089 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 29 2026 02:32:20 | Best Egg, P.O. Box 42912, Philadelphia, PA 19101-2912 |
| 15404090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2026 02:32:35 | Capital One/Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15404091 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2026 02:32:44 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15404092 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2026 02:32:27 | Citibank/Sears, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15404093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2026 02:32:09 | Citibank/The Home Depot, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15404094 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2026 02:22:00 | Comenity Bank/Bonton, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15404095 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2026 02:22:00 | Comenity Bank/Fashionbug, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15410109 | | Email/Text: USbankruptcies@eriecountypa.gov | Sep 29 2026 02:22:00 | Erie County Tax Claim Bureau, 140 West 6th |

| | | | | |
|---|---|---|---|---|
| | | | | Street, Suite 110, Erie, PA 16501 |
| 15404096 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 29 2026 02:23:00 | Fifth Third Bank N.A., 5050 Kingsley Drive, Cincinnati, OH 45263-0001 |
| 15404097 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 29 2026 02:22:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15404098 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2026 02:22:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15404099 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2026 02:22:00 | Internal Revenue Service, 310 Lowell Street, Stop 360, Andover, MA 01810 |
| 15404100 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2026 02:32:20 | JP Morgan Chase Bank Auto, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 15404101 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2026 02:32:35 | JP Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15410412 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 29 2026 02:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15429834 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16472008 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2026 02:22:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15408859 | + | Email/PDF: cbp@omf.com | Sep 29 2026 02:32:33 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15404103 | + | Email/PDF: cbp@omf.com | Sep 29 2026 02:32:33 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15404105 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2026 02:22:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15404106 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2026 02:22:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15404104 | + | Email/PDF: ebnotices@pnmac.com | Sep 29 2026 02:32:43 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15410581 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 02:32:01 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15404560 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2026 02:32:26 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15404107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:32:19 | Synchrony Bank / JC Penneys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15404108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:32:34 | Synchrony Bank/Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15404109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:32:34 | Synchrony Bank/Paypal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15404110 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2026 02:32:20 | Synchrony Bank/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK |
| cr | | Nationstar Mortgage LLC |

| | | |
|---|---|---|
| 15410048 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15425509 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Kathleen Ann Maruska dan@mrdebtbuster.com katie@mrdebtbuster.com;caitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor FLAGSTAR BANK bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4